**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

IN RE:                                                                  CASE NO.: 17-20852-JNP
                                                                                     CHAPTER 13

Angelina Redding,

  Debtor.

_____/

**REQUEST FOR SERVICE OF NOTICES**

      **PLEASE TAKE NOTICE THAT,** on behalf of WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION, AS TRUSTEE F/K/A NORWEST BANK MINNESOTA, NATIONAL ASSOCIATION AS TRUSTEE FOR RENAISSANCE HEL TRUST 2004-3 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**BANKRUPTCY DEPARTMENT**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

>RAS Citron, LLC
>Authorized Agent for Secured Creditor
>130 Clinton Road, Suite 202
>Fairfield, NJ 07004
>Telephone: 973-575-0707
>Facsimile: 973-404-8886
>By: <u>/s/Harold Kaplan</u>
>Harold Kaplan, Esquire
>Email: hkaplan@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 5, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Brad J. Sadek
SADEK AND COOPER
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA  19107

ANGELINA REDDING
315 W. WILDWOOD AVE
WILDWOOD, NJ  08260

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ  08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

                                        RAS Citron, LLC
                                        Authorized Agent for Secured Creditor
                                        130 Clinton Road, Suite 202
                                        Fairfield, NJ 07004
                                        Telephone: 973-575-0707
                                        Facsimile: 973-404-8886
                                        By: /s/Harold Kaplan
                                        Harold Kaplan, Esquire
                                        Email: hkaplan@rasnj.com