17-201407
McCABE, WEISBERG & CONWAY, P.C.
By: Marisa M. Cohen, Esq., (Atty. I.D. # MMC87830)
216 Haddon Avenue, Suite 201
Westmont, NJ 08108
(856) 858-7080
Attorneys for Movant: Citizens Bank of Pennsylvania

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Camden Vicinage**

| IN RE: Angelina Redding | Case No.: 17-20852-JNP |
|---|---|
| Debtor/Respondent | Chapter: 13 |
| John G Redding | |
| Co-Debtor/Respondent | Judge: Jerrold N. Poslusny Jr. |
| | NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY |

TO:
Angelina Redding
315 W. Wildwood Ave
Wildwood, New Jersey 08260

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Ste 502
Philadelphia, Pennsylvania 19107

Isabel C. Balboa, Trustee
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, New Jersey 08002

John G Redding
315 West Wildwood Avenue
Wildwood , New Jersey 08260

DEAR SIRS AND MADAMS:

PLEASE TAKE NOTICE that on November 19, 2019 at 10:00 a.m. or as soon as counsel may be heard, the undersigned attorney for the secured creditor, **Citizens Bank of Pennsylvania**, will move before the United States Bankruptcy Court, District of New Jersey, for an Order Vacating the Automatic Stay with respect to property known as 315 West Wildwood Avenue, Wildwood, New Jersey 08260, to commence or continue its foreclosure action, by reason of the failure of the Debtor to make regular monthly mortgage payments outside his/her Chapter 13 Plan.

PLEASE TAKE FURTHER NOTICE that if you wish to contest this motion, you must file a written response with the Clerk of the Bankruptcy Court and serve a copy of the responding papers upon the undersigned at least seven (7) days before the date of the hearing.

PLEASE TAKE FURTHER NOTICE that the moving party avers that no brief is necessary as the matter does not involve complex legal issues.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby waives oral argument and relies upon the Certifications in support of this motion unless the matter is contested.

Date: October 24, 2019

McCABE, WEISBERG & CONWAY, LLC

  /s/ Marisa M. Cohen
Marisa M. Cohen, Esquire